# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2450

_____

| | | |
|---|---|---|
| Corvin Jerrod Bolden I, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Officer Mark Beaupre, in his | * | District of Minnesota. |
| individual capacity; Officer Kristin | * | |
| Sturgis, in her individual capacity; | * | [UNPUBLISHED] |
| Officer John Engle, in his individual | * | |
| capacity; City of Minneapolis, as | * | |
| employer; Nurse Donna Doe, in her | * | |
| individual capacity, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 29, 2011
Filed: July 5, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

After a jury rendered a verdict for defendants on Corvin Jerrod Bolden's 42 U.S.C. § 1983 complaint, he moved for post-judgment relief, arguing that the district

court's[1] excessive-force instruction was erroneous.  The district court denied his motion and Bolden appeals.

After careful review, this court concludes that the instruction fairly and adequately represents the evidence and the applicable law. *See Campos v. City of Blue Springs, Mo.*, 289 F.3d 546, 551-52 (8th Cir. 2002) (standard of review).  This court affirms the judgment and denies the pending motion.  *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.